UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  　　　　　　　　　　　　　　　　CASE NO. 8:06-CR-110-T-24MAP

JAMES LONG
_____/

## VERDICT

### Count One of the First Superseding Indictment

1. As to the offense of conspiracy to possess with intent to distribute cocaine, in violation of 21 U.S.C. § 846,

    We, the Jury, find the Defendant, **JAMES LONG**:

    Not Guilty _____    Guilty __✗__

    If the answer to the preceding question is "Guilty," you should proceed to Question 2. If the answer to the preceding question is "Not Guilty," you should skip Question 2, and proceed directly to Question 3, under the heading "Count Two of the First Superseding Indictment."

2. We, the Jury, having found the Defendant, **JAMES LONG**, guilty of the offense charged in Count One, further find with respect to that count that the conspiracy involved the following quantity cocaine:

    __✗__    5 kilograms or more

    _____   less than 5 kilograms, but 500 grams or more

    _____   less than 500 grams

### Count Two of the First Superseding Indictment

3. As to the offense of attempting to possess with intent to distribute cocaine, in violation of 21 U.S.C. § 846,

    We, the Jury, find the Defendant, **JAMES LONG**:

    Not Guilty _____      Guilty __X__

    If the answer to the preceding question is "Guilty," <u>you should proceed to Question 4</u>. If the answer to the preceding question is "Not Guilty," <u>you should skip Question 4, and proceed directly to Question 5</u>, under the heading "Count Three of the First Superseding Indictment."

4. We, the Jury, having found the Defendant, **JAMES LONG**, guilty of the offense charged in Count Two, further find with respect to that count that he attempted to possess with intent to distribute the following quantity cocaine:

    __X__   5 kilograms or more

    _____   less than 5 kilograms, but 500 grams or more

    _____   less than 500 grams

### Count Three of the First Superseding Indictment

5. As to the offense of carrying a firearm during and in relation to a drug trafficking crime, in violation of 18 U.S.C. § 924(c)(1),

    We, the Jury, find the Defendant, **JAMES LONG**:

    Not Guilty _____      Guilty __X__

## Count Five of the First Superseding Indictment

6.  As to the offense of possessing a firearm, in and affecting interstate commerce, after having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that is, a felony offense, in violation of 18 U.S.C. § 922(g)(1),

    We, the Jury, find the Defendant, **JAMES LONG**:

    Not Guilty _____       Guilty ___X___

SO SAY WE ALL, this __19__ day of October 2006.

*Gordon Missimer*
FOREPERSON