AO 245B (Rev 06/05) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

vs.

James Long

**JUDGMENT IN A CRIMINAL CASE**

CASE NUMBER:   8:06-cr-110-T-24MAP
USM NUMBER:   48489-018

Defendant's Attorney:   Mark O'Brien, ret

THE DEFENDANT:

___ pleaded guilty to count(s) .
___ pleaded nolo contendere to count(s) which was accepted by the court.
_X_ was found guilty on counts 1, 2, 3 and 5 after a plea of not guilty.

| TITLE & SECTION | NATURE OF OFFENSE | OFFENSE ENDED | COUNT |
|---|---|---|---|
| 21 USC §§ 841(b)(1)(A) & 846 | Conspiracy to Possess with intent to distribute 5 kilograms or more of cocaine | 2/2/06 | 1 |
| 21 USC §§ 841(b)(1)(A) & 846 | Attempt to Possess with intent to distribute 5 kilograms or more of cocaine | 2/2/06 | 2 |
| 18 USC § 924(c)(1) | Carrying a firearm during and in relation to a drug trafficking crime | 2/2/06 | 3 |
| 18 USC § 922(g)(1) | Felon in possession of a firearm | 2/2/06 | 5 |

   The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

___ The defendant has been found not guilty on count(s)
_X_ The original indictment is dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.
If ordered to pay restitution, the defendant must notify the court and United States Attorney of any material change in economic circumstances.

Date of Imposition of Sentence:   March 6, 2007

WILLIAM J. CASTAGNA
SENIOR UNITED STATES DISTRICT JUDGE
DATE: March _____, 2007

AO 245B (Rev 06/05) Sheet 2 - Imprisonment

Defendant: James Long  
Case No.: 8:06-cr-110-T-24MAP  
Judgment - Page 2 of 6

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of *LIFE as to Counts One and Two of the Superseding Indictment; ONE HUNDRED TWENTY (120) Months as to Count Five of the Superseding Indictment; all such terms to run CONCURRENTLY; SIXTY (60) MONTHS as to Count 3 of the Superseding Indictment to run CONSECUTIVE to Counts One, Two and Five of the Superseding Indictment.*

_X_ The court makes the following recommendations to the Bureau of Prisons:  FCI Coleman.

_X_ The defendant is remanded to the custody of the United States Marshal.  
___ The defendant shall surrender to the United States Marshal for this district.

  ___ at ___ a.m./p.m. on ___.  
  ___ as notified by the United States Marshal.

___ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

  ___ before 2 p.m. on ___.  
  ___ as notified by the United States Marshal.  
  ___ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

_____  
United States Marshal

By:_____  
Deputy Marshal

AO 245B (Rev. 06/05) Sheet 3 - Supervised Release

Defendant: James Long  
Case No.: 8:06-cr-110-T-24MAP  
Judgment - Page 3 of 6

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of *TEN (10) YEARS as to Counts One and Two of the Superseding Indictment; SIXTY (60) MONTHS as to Counts Three and Five of the Superseding Indictment; all such terms to run CONCURRENTLY.*

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

X   The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

If this judgment imposes a fine or restitution it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B (Rev. 06/05) Sheet 3C - Supervised Release

Defendant: James Long  
Case No.: 8:06-cr-110-T-24MAP  

Judgment - Page 4 of 6

## SPECIAL CONDITIONS OF SUPERVISION

The defendant shall also comply with the following additional conditions of supervised release:

X    The defendant shall participate in a substance abuse program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, the defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's sliding scale for substance abuse treatment services. During and upon the completion of this program, the defendant is directed to submit to random drug testing.

AO 245B (Rev 06/05) Sheet 5 - Criminal Monetary Penalties

| Defendant: | James Long | Judgment - Page 5 of 6 |
| Case No.: | 8:06-cr-110-T-24MAP | |

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Fine** | **Total Restitution** |
|---|---|---|---|
| **Totals:** | $400.00 | Waived | N/A |

__ The determination of restitution is deferred until ____ . An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

__ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all non-federal victims must be paid before the United States.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| **Totals:** | $ | $ | |

__ Restitution amount ordered pursuant to plea agreement  $ _____ .

__ The defendant must pay interest on a fine or restitution of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

__ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

   __ the interest requirement is waived for the ___ fine ___ restitution.

   __ the interest requirement for the ___ fine ___ restitution is modified as follows:

---

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for the offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev 06/05) Sheet 6 - Schedule of Payments

Defendant: James Long  
Case No.: 8:06-cr-110-T-24MAP  
Judgment - Page 6 of 6

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A. **X**   Lump sum payment of due immediately.

B. ___   Payment to begin immediately (may be combined with ___ C, ___ D, or ___ F below); or

C. ___   Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ days (e.g., 30 or 60 days) after the date of this judgment; or

D. ___   Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____, (e.g., months or years) to commence _____ (e.g. 30 or 60 days) after release from imprisonment to a term of supervision; or

E. ___   Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time, or

F. ___   Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

___   Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate:

___   The defendant shall pay the cost of prosecution.

___   The defendant shall pay the following court cost(s)

**X**   The defendant shall forfeit the defendant's interest in the following property to the United States:  : Immediately and voluntarily any and all assets and property, or portions thereof, subject to forfeiture, which are in the possession or control of the defendant or the defendant's nominees specifically the defendant shall forfeit all firearms and ammunition involved in the commission of the offense: a Smith and Wesson Model 39, 9 millimeter caliber semi-automatic pistol, serial number A282511, a Smith and Wesson Model 66, .357 caliber revolver, serial number BUH0476, a Ruger, Model P94, .40 caliber semi-pistol, serial number P16128. *(See Attached Preliminary Order of Forfeiture)*

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

  Plaintiff,

v.           CASE NO.: 8:06-cr-110-T-24MAP

JAMES LONG,

  Defendant.

_____

## PRELIMINARY ORDER OF FORFEITURE

  THIS CAUSE comes before the court on motion of the United States of America for Entry of a Preliminary Order of Forfeiture as to defendant James Long for the following weapons and ammunition:

1) One Smith & Wesson, Model 66, .357 caliber revolver, serial number BUH0476;

2) One Ruger, Model P94, .40 caliber semi-automatic pistol, serial number 340-98092;

3) One Smith & Wesson, Model 39, 9mm caliber semi-automatic pistol, serial number A282511;

4) One Beretta .22 caliber semi-automatic pistol, serial number P16128; and

5) Ammunition for the aforesaid firearms.

The court, being fully advised in the premises, hereby finds that the United States has established the requisite *nexus* between the weapons and ammunition identified above and the violations of 18 U.S.C. §§ 922(g)(1),

924(c)(1), and 924(e) charged in Counts Three and Five of the Superseding Indictment, for which defendant James Long was found guilty pursuant to a Jury verdict. Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED** that or good cause shown, the United States' motion is GRANTED. It is FURTHER **ORDERED** that all right, title, and interest of defendant James Long in the weapons and ammunition identified above are CONDEMNED and FORFEITED to the United States of America for disposition according to law, subject to the provisions of 18 U.S.C. § 924(d)(1), 28 U.S.C. 2461(c), 21 U.S.C. § 853, and Fed. R. Crim. P. 32.2.

The Court shall retain jurisdiction to enter any further orders necessary for the forfeiture and disposition of the weapons and ammunition, and to entertain any third party claims that may be asserted in these proceedings.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 6th day of March, 2007.

HONORABLE WILLIAM J. CASTAGNA
SENIOR UNITED STATES DISTRICT JUDGE

Copies to: Adelaide G. Few, AUSA
Attorneys of Record